TROY TROTTA #112868
Name and Prisoner/Booking Number
SAGUARO CORRECTIONAL CENTER
Place of Confinement
1252 E. ARICA RD.
Mailing Address
ELOY, AZ 85131
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

JUL 24 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ✓ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TROY NATHANIEL TROTTA,
(Full Name of Plaintiff)

  Plaintiff,

v.

(1) DR. BORU NALE,
(Full Name of Defendant)

(2) CRYSTAL SHANELY, R.N.,

(3) JOHN DOE, REGIONAL DOCTOR,

(4) TRACY RASCON, NURSE SUPERVISOR,

  Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV25-00931-PHX-KML-ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: SAGUARO CORRECTIONAL CENTER/ELOY, AZ

Revised 12/1/23   1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: DR. BORU NALE. The first Defendant is employed as: PROVIDER (Position and Title) at SAGUARO CORRECTIONAL CENTER (Institution).

2. Name of second Defendant: CRYSTAL SHANELY. The second Defendant is employed as: REGISTERED NURSE (Position and Title) at SAGUARO CORRECTIONAL CENTER (Institution).

3. Name of third Defendant: JOHN DOE. The third Defendant is employed as: REGIONAL DOCTOR (Position and Title) at SAGUARO CORRECTIONAL CENTER (Institution).

4. Name of fourth Defendant: TRACY RASCON. The fourth Defendant is employed as: NURSE SUPERVISOR (Position and Title) at SAGUARO CORRECTIONAL CENTER (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>CRUEL AND UNUSUAL PUNISHMENT, INADEQUATE MEDICAL CARE INFLICTED 8TH AMEND.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON OR ABOUT 8/31/2023 I SUFFERED A CHRONIC AFTL TEAR IN MY RIGHT FOOT. XRAYS TAKEN LATER REVEALED TWO CHUNCKS OF BONE THAT SNAPPED OFF ALONG WITH THE TENDONS IN MY FOOT. I COULD FEEL THE BONE SPUR ON THE SOLE OF MY FOOT WITH EVERY STEP I TOOK. I WROTE NUMEROUS HSR TO MEDICAL COMPLAINING OF THE PAIN. I WAS ALSO HOUSED ON A TOP BUNK AT THIS TIME AND COMPLAINED OF THE PAIN CLIMBING UP AND DOWN THE METAL LADDER (CONTINUED HARM/FAILURE TO PROTECT). ANOTHER XRAY WAS TAKEN AND I WAS TOLD IT SHOWED NO DAMAGE. A THIRD XRAY WAS TAKEN OFFSITE THAT SHOWED THE SAME DAMAGE AS THE FIRST XRAY. AN MRI LATER REVEALED SERIOUS TENDON DAMAGE (CHRONIC TEAR IN AFTL) AND THE NEED FOR FULL RECONSTRUCT (SURGERY) IS NEEDED ALONG WITH EXTENSIVE PHYSICAL THERAPY PRIOR TO AND FOLLOWING THE SURGERY. I HAVE YET TO RECEIVE THE ADEQUATE CARE NEEDED. *SEE ATTACHED PG COUNT I(B), COUNT I(C), AND COUNT I(D)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   THERE WAS MEDICAL PROOF THAT I SUFFERED MORE THAN A HIGH ANKLE SPRAIN AND THE MEDICAL CARE WAS DELAYED BY THE DEFENDENTS AFTER KNOWING OF THE DAMAGE AND IT CAUSED SERIOUS SCAR TISSUE AND IMENSE PAIN FOR ALMOST 2 YEARS SO FAR.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I WAS ASSURED THAT THE ISSUE WOULD BE RESOLVED BY MEDICAL STAFF AT NEXT VISIT AND SO ON IN THE GRIEVANCE RESPONSE.

COUNT 1

DEFENDANT: 1)(1) DR. BORU NALE INFLICTED 8TH AMEND. VIOLATION INFRINGING PLANTIFF'S RIGHT TO ADEQUATE MEDICAL CARE BY IGNORING OBVIOUS CONDITIONS; (BONE FRAGMENTS IN XRAY RESULTS) MEDICAL INJURY MORE THAN "ANKLE SPRAIN"; (2) FAILING TO INVESTIGATE ENOUGH TO MAKE AN INFORMED JUDGEMENT (BONE FRAGMENTS PROVED MORE THAN A SPRAIN WAS PRESENT) SHOULD HAVE DONE MORE TESTS OR ORDERED MRI OR SENT PLANTIFF TO ORTHOPEDIC. (3) DEFENDANT DELAYED TREATMENT AFTER KNOWING MORE DAMAGE (SERIOUS INJURY) WAS PRESENT TO DISPROVED SUGGESTED "SPRAIN OF ANKLE"

DEFENDANT: 2)(1) CRYSTAL SHANELY, RN INFLICTED 8TH AMEND. VIOLATION INFRINGING PLANTIFF'S RIGHT TO ADEQUATE MEDICAL CARE BY IGNORING OBVIOUS CONDITIONS (BONE FRAGMENTS IN XRAY RESULTS) KNOWING MORE THAN "ANKLE SPRAIN" WAS PRESENT AND LIED IN GRIEVANCE RESPONSE CALLING THE INJURY A "SPRAIN"; (2) DEFENDANT FAILED TO PROVIDE TREATMENT AFTER BEING AWARE OF BONE DAMAGE AND CONTINUED TO CALL IT A "SEVERE SPRAIN" (3) DEFENDANT FAILED TO INVESTIGATE ENOUGH TO MAKE AN INFORMED JUDGEMENT BY NOT ALLOWING FURTHER TESTS OR PERFORMING MORE TESTS (MRI) TO FORM A PROPER DIAGNOSIS. (4) DEFENDANT DELAYED TREATMENT OF PLANTIFF'S INJURY BY NOT ADDRESSING KNOWN

(B)                                                                   PG. 2

COUNT 1

BONE DAMAGE WAS MORE THAN A "SPRAIN" AND REQUESTING OFFSITE TREATMENT.

DEFENDANT: 3)(1) TRACY RASCON, CLINICAL NURSE SUPERVISOR; INFLICTED 8TH AMEND. VIOLATION INFRINGING RIGHTS OF THE PLANTIFF TO ACESS ADEQUATE MEDICAL CARE BY IGNORING OBVIOUS CONDITIONS OF BROKEN BONES IN PLANTIFF'S RIGHT FOOT AND CONTINUED TO ALLOW MEDICAL STAFF UNDER HER SUPERVISION TO TREAT IT AS A "SPRAIN" LESS THAN MEDICAL PROOF (XRAY) ALREADY SHOWED BONE DAMAGE. (2) DEFENDANT DELAYED TREATMENT OF PLANTIFF'S SERIOUS INJURY BY INTERFERING WITH PLANTIFF'S ACCESS TO TREATMENT BY FAILING TO INVESTIGATE PLANTIFF'S INJURY ENOUGH TO MAKE AN INFORMED JUDGEMENT AND ALLOWED HER STAFF SHE SUPERVISED TO DO THE SAME.

DEFENDANT: 4)(1) JOHN DOE, REGIONAL DOCTOR; INFLICTED 8TH AMEND. VIOLATION INFRINGING PLANTIFF'S RIGHT TO ADEQUATE MEDICAL CARE BY IGNORING OBVIOUS CONDITIONS OF XRAY RESULTS SHOWING BONE DAMAGE, MRI RESULTS SHOWING SEVERE TENDON DAMAGE. (2) FAILING TO PROVIDE TREATMENT FOR DIAGNOSED CONDITION; CHRONIC TEAR OF AFTL IN PLANTIFF'S RIGHT FOOT; 2 CALCIFICATIONS (BONES

(C)

COUNT 1

FUSING TO ALIEN PARTS OF FOOT) IN NEED OF REMOVAL. AS DIAGNOSED BY 2 DIFFERENT SPECIALISTS A FULL RECONSTRUCT OF THE RIGHT FOOT IS NEEDED. A LONG WITH EXTENSIVE PHYSICAL THERAPY. (3) DEFENDANT DELAYED TREATMENT BY DENYING PLANTIFF OFFSITE EVALUATION IN FEBRUARY OF 2024, AFTER KNOWLEDGE OF MORE THAN "SEVERE ANKLE SPRAIN" EXSISTED. (4) DEFENDANT INTERFERED WITH PLANTIFF'S ACCESS TO TREATMENT BY DENYING OFFSITE EVALUATION BY ORTHO (SPECIALIST) AFTER BEING AWARE THERE EXSISTED MORE INJURY THAN "SEVERE SPRAIN" (XRAY RESULTS)

(D)                                                    PG. 4

### E. REQUEST FOR RELIEF

State the relief you are seeking:
PUNITIVE DAMAGES, FUTURE DAMAGES, DISCRETIONARY DAMAGES, NOMINAL DAMAGES, LAWFUL DAMAGES, PERMANENT DAMAGES

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-18-2025
                  DATE                                                  SIGNATURE OF PLAINTIFF

Nubia Gonzales
Notary Public - Arizona
Pinal County
Commission Number 672182
My Commission Expires 08/11/2028

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6